IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-800-JLK-KLM**

**THOMAS MAHER**,

       Plaintiff,

v.

**PRIVATE ESCAPES PLATINUM, LLC,**
**ULTIMATE ESCAPES SIGNATURE CLUBS, LLC,**
**and RICHARD KEITH,**

       Defendants.

## ORDER

Kane, J.

In light of the Plaintiff's filing (doc. #41) advising the court of the Defendants' bankruptcy as well as other issues that will prevent plaintiff from submitting dismissal documents as scheduled, this case is now **ADMINISTRATIVELY CLOSED**, to be reopened for good cause upon motion of the parties.

Dated this 29th day of November, 2010.

             BY THE COURT:
             *s/John L. Kane*
             John L. Kane, Senior Judge
             United States District Court